# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN MACIAS LANDEROS,** ) | NO. LA CV 15-04367-VBF (KS) |
| Petitioner, ) | |
| v. ) | **FINAL JUDGMENT** |
| **KATHLEEN L. DICKERSON et al.,** ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to the Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation of the United States Magistrate Judge, Denying the 28 U.S.C. Section 2254 Habeas Corpus Petition, Dismissing the Action with Prejudice, Terminating and Closing the Case, and Directing the Entry of Separate Final Judgment, **final judgment is hereby entered in favor of respondents and against petitioner.**

Dated: March 22, 2016

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge

1